UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :

GUGLIELMO,                                                :

                          Plaintiff,                      :
                                                    :      19-cv-10847 (LJL)
         -v-                                   :
                                                    :           ORDER
NATUREBOX,                                     :

                        Defendant.                 :

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

LEWIS J. LIMAN, United States District Judge:

      This case has been randomly reassigned to me for all purposes. It is hereby:

      ORDERED that the Initial Pretrial Conference previously scheduled for March 20, 2020 days at 10:00 a.m. a.m. shall take place on that date <u>by telephone conference</u>. The Parties are directed to call the Court's teleconference number at 888-251-2909, Access Code 2123101.

      IT IS FURTHER ORDERED that, by March 17, 2020, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

      The time period for any Defendant intending to move to dismiss pursuant to Federal Rule of Civil Procedure Rule 12 will be extended until further order of the Court upon the filing of a simple letter with the Court within the time permitted under Federal Rule of Civil Procedure 12(a) and at the time the submissions in the above-mentioned paragraph are made. Such letter should simply indicate in one sentence the defendant's intent to make a motion to dismiss.

      Counsel for Plaintiff is ordered to notify defense counsel and Defendant of this Notice.

      SO ORDERED.

Dated: March 13, 2020                               _____
       New York, New York                        LEWIS J. LIMAN
                                                         United States District Judge