UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on
behalf of herself and all others similarly situated,
    Plaintiff,

v.                                   CASE NO.: 1:19-cv-10847

NATUREBOX, INC.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Joseph Guglielmo and the Defendant Naturebox, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 24, 2020

| **For Plaintiff Joseph Guglielmo** | **For   Naturebox, Inc.** |
|---|---|
| *[signature]* <br> David Paul Force <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> dforce@steinsakslegal.com | *[signature]* <br> Timothy Jon Straub <br> Dentons US LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Ph: (212) 768-6821 <br> Timothy.straub@dentons.com |

1

## **CERTIFICATE OF SERVICE**

I certify that on August 25, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>  */s/ David Paul Force*
> David Paul Force
> **Stein Saks, PLLC**
> 285 Passaic Street
> Hackensack, NJ 07601
> *Attorneys for Plaintiff*